

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00004-CR

EX PARTE JAMES FLOYD

§ On Appeal from the 396th District Court

§ of Tarrant County (C-010914-00)

§ July 14, 2022

§ Memorandum Opinion by Justice Bassel

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order denying James Floyd's pretrial application for writ of habeas corpus. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
    Justice Dabney Bassel